WELLS FARGO BANK, N.A., ET AL. *v.* JOHN
J. DORAN ET AL.
(AC 30951)

Bishop, Beach and Borden, Js.

Argued April 20—officially released May 18, 2010

Per Curiam. The judgment is affirmed.

JEFFREY J. DONTIGNEY *v.* O & G INDUSTRIES, INC.
(AC 30917)

DiPentima, C. J., and Robinson and Hennessy, Js.

Argued April 20—officially released May 18, 2010

Per Curiam. The judgment is affirmed.

MAUREEN WALSH *v.* DEAN MOBERG
(AC 31357)

Beach, Alvord and West, Js.

Argued April 21—officially released May 18, 2010

Per Curiam. The judgment is affirmed.